LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Myles Lanzone (SBN 257791)
myles.lanzone@lockelord.com
44 Montgomery Street, Suite 4100
San Francisco, CA 94104
Telephone:  (415) 318-8810
Fax:  (415) 676-5816

Attorneys for Defendant
Select Portfolio Servicing, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK WHITE and NELDA WHITE,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>J.P. MORGAN CHASE, INC., SELECT PORTFOLIO SERVICING, INC., DOES 1-100,<br><br>　　　　　Defendants. | CASE NO.: 2:15-cv-01775-MCE-AC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: July 31, 2015 |

　　　　WHEREAS, Plaintiffs Patrick White and Nelda White ("Plaintiffs") filed their First Amended Complaint in this Court on September 17, 2015;

　　　　WHEREAS, the deadline of defendants Select Portfolio Servicing, Inc. ("SPS") and JP Morgan Chase Bank, N.A. ("Chase") (collectively, "Defendants") to respond to the First Amended Complaint is currently October 5, 2015;

　　　　WHEREAS, Plaintiffs and Defendants have begun settlement discussions and wish to attempt informal resolution before additional motion practice occurs;

　　　　WHEREAS, lead counsel for Plaintiffs will be on vacation and unavailable during the month of November 2015;

///

1  WHEREAS, Plaintiffs and Defendants have agreed that Defendants shall have until November 30, 2015, to answer or otherwise respond to Plaintiffs' First Amended Complaint.

NOW THEREFORE, Plaintiffs and Defendants stipulate that Defendants shall have up to and including November 30, 2015, to answer or otherwise respond to Plaintiffs' First Amended Complaint.

Dated:  October 5, 2015

Respectfully submitted,

LOCKE LORD LLP

By:    /s/ Regina J. McClendon
          Regina J. McClendon
          Myles Lanzone
Attorneys for Defendant
Select Portfolio Servicing, Inc.

KEESAL, YOUNG & LOGAN

Dated:  October 5, 2015

By:   /s/ Philip A. McLeod(as authorized on 9/23/15)
          Philip A. McLeod
Attorneys for Defendant
JP Morgan Chase Bank, N.A.

Dated:  October 5, 2015

WALSH LAW FIRM

By:    /s/ James Walsh(as authorized on 9/24/14)
          James Walsh
Attorneys for Plaintiffs
Patrick White and Nelda White

**ORDER**

Pursuant to the foregoing stipulation, Defendants shall have up to and including November 30, 2015, to answer or otherwise respond to Plaintiffs' First Amended Complaint.

IT IS SO ORDERED.

Dated: October 5, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT